1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA
10                                       OAKLAND DIVISION
11
12    UNITED STATES OF AMERICA,              )    No. CV 14-05384 YGR
                                             )
13            Petitioner,                    )    [~~Proposed~~]
                                             )    ORDER TO SHOW CAUSE RE
14       v.                                  )    ENFORCEMENT OF INTERNAL
                                             )    REVENUE SERVICE SUMMONS
15    LACEY MARION,                          )
                                             )
16            Respondent.                    )
      _____)

Good cause having been shown by the petitioner upon its petition filed in the above-entitled

proceeding on December 9, 2014, it is hereby:

ORDERED that respondent LACEY MARION appear before this Court on the 10th day of April

, 2015, at 9:00 a.m.  in Courtroom No. 1, 4th Floor, United States District Court, 1301 Clay Street,

Oakland, California, and then and there show cause, if any, why respondent should not be compelled to

appear and provide documents and testimony as required by the summons heretofore served upon

respondent as alleged and set forth in particular in said petition; and it is further

ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid

petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil

Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is

further:

//

1    ORDERED that within twenty-one (21) days before the return date of this Order, respondents

2  may file and serve a written response to the petition, supported by appropriate affidavit(s) or

3  declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make,

4  that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days

5  before the return date of this Order; that all motions and issues raised by the pleadings will be

6  considered on the return date of this Order, and only those issues raised by motion or brought into

7  controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be

8  considered at the return of this Order, and any uncontested allegation in the petition will be considered

9  admitted.

10    ORDERED this ____5th____ day of __February____, 2015, at Oakland, California.

11

12                                   _____
                                    UNITED STATES DISTRICT JUDGE
13                                   YVONNE GONZALEZ ROGERS

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US v. MARION
No. CV-14-05384                              2
[PROPOSED] ORDER TO SHOW CAUSE